**Judge Robert S. Lasnik**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LORI ELIZABETH BOWMAN,<br><br>Defendant/Judgment Debtor,<br><br>and<br><br>JETRO HOLDINGS, LLC,<br><br>Garnishee. | Case No. MC17-0007RSL<br><br>(2:12-CR-00032-1)<br><br>**Order Sustaining United States' Objection to Jetro Holdings' Answer to Writ of Garnishment and Requiring Jetro Holdings to File a Proper Answer and Withhold Property** |

This matter came before the Court on the United States' April 26, 2017, "Objection to Jetro Holdings' Answer to Writ of Garnishment and Petition for Order Requiring Jetro to File a Proper Answer and Withhold Property." The Court has considered the United States' Motion and any memorandum and evidence Garnishee Jetro Holdings, LLC (Jetro) has filed in opposition. For the reasons stated in the United States' Motion, the Court finds that (1) Jetro's

**ORDER SUSTAINING UNITED STATES' OBJECTION TO
JETRO HOLDINGS' ANSWER TO WRIT OF GARNISHMENT AND REQUIRING
JETRO HOLDINGS TO FILE A PROPER ANSWER AND WITHHOLD PROPERTY
(U.S. v. LORI ELIZABETH BOWMAN & JETRO HOLDINGS, LLC),
Nos. 2:17-cv-00007-RSL; 2:12-CR-00032-1 ) – 1**

**UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970**

Answer [dkt. no. 6] to the Writ of Garnishment does not provide required information regarding the property of Defendant/Judgment Debtor Lori Elizabeth Bowman (Ms. Bowman), and (2) Jetro has not withheld the required 25 percent of Ms. Bowman's disposable earnings since it was served with the Writ of Garnishment on February 13, 2017.

Accordingly, the Court orders as follows:

(1) Within 10 days of the entry of this Order, Jetro shall file a proper Answer to the Writ of Garnishment, using the "Form Answer" that was served upon Jetro along with the Writ of Garnishment, and reporting all property in its possession, custody, or control in which Ms. Bowman has a substantial nonexempt interest;

(2) Jetro shall immediately begin withholding 25 percent of Ms. Bowman's disposable earnings, pursuant to the Writ of Garnishment; and

(3) Within 30 days of the entry of this Order, Jetro shall remedy its failure to withhold 25 percent of Ms. Bowman's disposable earnings after being served with the Writ of Garnishment on February 13, 2017, as follows:

(a) Jetro shall file an accounting with the Court showing for the period from February 13, 2017 through the present, the amounts of Ms. Bowman's gross and disposable earnings, the amounts it has withheld from Ms. Bowman's earnings pursuant to the Writ of Garnishment, and the amounts it has paid from its own funds to remedy its failure to withhold 25 percent of Ms. Bowman's disposable earnings; and

**ORDER SUSTAINING UNITED STATES' OBJECTION TO JETRO HOLDINGS' ANSWER TO WRIT OF GARNISHMENT AND REQUIRING JETRO HOLDINGS TO FILE A PROPER ANSWER AND WITHHOLD PROPERTY (U.S. v. LORI ELIZABETH BOWMAN & JETRO HOLDINGS, LLC), Nos. 2:17-cv-00007-RSL; 2:12-CR-00032-1 ) – 2**

**UNITED STATES ATTORNEY**
**700 Stewart Street, Suite 5220**
**Seattle, Washington 98101-1271**
**(206) 553-7970**

(b) Jetro shall pay from its own funds, not by garnishing additional amounts from Ms. Bowman, the amount by which its withholdings pursuant to the Writ of Garnishment fall short of 25 percent of Ms. Bowman's disposable earnings. *See* 28 U.S.C. § 3205(c)(6). Jetro shall add such amounts to its withholdings pursuant to the Writ of Garnishment and shall hold these funds until the Court enters a Continuing Garnishee Order directing payment to the Court.

IT IS SO ORDERED.

Dated this 19th day of May, 2017.

*signature*
Hon. Robert S. Lasnik
U.S. District Court Judge

Presented by:

s/ Kyle A. Forsyth
Kyle A. Forsyth, WSBA # 34609
Assistant United States Attorney

ORDER SUSTAINING UNITED STATES' OBJECTION TO
JETRO HOLDINGS' ANSWER TO WRIT OF GARNISHMENT AND REQUIRING
JETRO HOLDINGS TO FILE A PROPER ANSWER AND WITHHOLD PROPERTY
(U.S. v. LORI ELIZABETH BOWMAN & JETRO HOLDINGS, LLC),
Nos. 2:17-cv-00007-RSL; 2:12-CR-00032-1 ) – 3

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970