**The Honorable Robert S. Lasnik**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> LORI ELIZABETH BOWMAN, <br><br> Defendant/Judgment Debtor, <br> and <br> JETRO HOLDINGS, LLC, <br><br> Garnishee. | NO. 2:17-MC-00007-RSL <br><br> (2:12-CR-00032-RSM-1) <br><br> **Continuing Garnishee Order** |

A Writ of Continuing Garnishment, directed to Garnishee, Jetro Holdings, LLC, has been duly issued and served upon the Garnishee. Pursuant to the Writ, Garnishee Jetro Holdings, LLC (Jetro Holdings) filed its final Form Answer on June 27, 2017, stating that at the time of the service of the Writ, Defendant/Judgment Debtor Lori Elizabeth Bowman (Ms. Bowman), was an active employee who was paid bi-weekly.

CONTINUING GARNISHEE ORDER (*USA v. Lori Elizabeth Bowman & Jetro Holdings, LLC*, **2:17-MC-00007-RSL / 2:12-CR-00032-RSM-1**) - 1

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

After notification of the garnishment proceeding was mailed to the parties on or about February 10, 2017, the Defendant/Judgment Debtor has not requested a hearing to determine exempt property as of this date.

IT IS THEREFORE ORDERED as follows:

That the Garnishee, Jetro Holdings, LLC, shall pay to the United States District Court for the Western District of Washington, the non-exempt earnings payable to Defendant/Judgment Debtor Lori Elizabeth Bowman, upon each period of time when Defendant/Judgment Debtor Bowman is entitled to receive such funds, and shall continue said payments, if any, until Defendant/ Judgment Debtor Bowman's debt is paid in full or until Defendant/Judgment Debtor is no longer an active employee of Garnishee and the Garnishee no longer has possession, custody, or control of any funds due and owing to the Defendant/Judgment Debtor or until further order of this Court. This includes all monies required to be previously withheld by the Garnishee in accordance with the Writ of Continuing Garnishment. Such amounts specifically include the $2,648.41 that Garnishee identified in its Accounting as the amount it failed to withhold. Doc. no. 11. Garnishee must pay the $2,648.41 from its own funds, pursuant to 28 U.S.C. § 3205(c)(6);

That such payments shall be applied to Defendant/Judgment Debtor Bowman's outstanding restitution obligation, by the United States District Court for the Western District of Washington; and

That the payments shall be made out to the United States District Court, Western District of Washington, referencing Case Nos. 2:12-CR-00032-

**CONTINUING GARNISHEE ORDER (***USA v. Lori Elizabeth Bowman & Jetro Holdings, LLC***, 2:17-MC-00007-RSL / 2:12-CR-00032-RSM-1) - 2**

**UNITED STATES ATTORNEY'S OFFICE**
**700 STEWART STREET, SUITE 5220**
**SEATTLE, WA 98101**
**PHONE: 206-553-7970**

RSM-1 and 2:17-MC-00007-RSL, and to deliver such payment either personally or by First Class Mail to:

> United States District Court, Western District of Washington
> Attn: Financial Clerk – Lobby Level
> 700 Stewart Street
> Seattle, Washington 98101

Dated this 6th day of December, 2017.

*[signature]*
JUDGE ROBERT S. LASNIK
United States District Court Judge

Presented by:

s/ Kyle A. Forsyth
KYLE A. FORSYTH, WSBA #34609
Assistant United States Attorney

**CONTINUING GARNISHEE ORDER** (*USA v. Lori Elizabeth Bowman & Jetro Holdings, LLC,* **2:17-MC-00007-RSL / 2:12-CR-00032-RSM-1**) **- 3**

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970